# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICK L. TAYLOR,<br><br>                  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,<br><br>                  Defendant. | Case No. 2:13-cv-00791-JCM-PAL<br><br>**ORDER** |

      Plaintiff Rick L. Taylor is proceeding in this matter in forma pauperis. Attorney Marc Kalagian has appeared on behalf of Plaintiff. Mr. Kalagian is a licensed Nevada lawyer, but he does not maintain an office in Nevada. Local Rule IA 10-1(b) provides that a licensed Nevada attorney without offices in Nevada, "shall either associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so served." *Id.*

      Accordingly,

      **IT IS ORDERED** that attorney Marc Kalagian shall have until **September 3, 2012,** to comply with Local Rule IA 10-1(b).

      Dated this 19th day of August, 2013.

                                                                _____<br>
                                                                PEGGY A. LEEN<br>
                                                                UNITED STATES MAGISTRATE JUDGE