# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICK L. TAYLOR,

    Plaintiff,

vs.

CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:13-cv-00791-JCM-PAL

**ORDER**

    Plaintiff Rick L. Taylor is proceeding in this matter in forma pauperis. Attorney Marc Kalagian has appeared on behalf of Plaintiff.  Mr. Kalagian is a licensed Nevada lawyer, but he does not maintain an office in Nevada.  Local Rule IA 10-1(b) provides that a licensed Nevada attorney without offices in Nevada, "shall either associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so served." *Id.*

    Accordingly,

    **IT IS ORDERED** that attorney Marc Kalagian shall have until **September 3, 2012,** to comply with Local Rule IA 10-1(b).

    Dated this 19th day of August, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE